IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 21-cv-02661-PAB

JESSICA STOCKMAN,

    Plaintiff,

v.

CF UNITED LLC d/b/a PHILLIPS 66 a/k/a PHILLIPS 66 located at 7680 Blvd., Denver, CO 80249,

    Defendant.

## MINUTE ORDER

**Entered by Chief Judge Philip A. Brimmer**

    This matter is before the Court on the parties' Stipulated Consent to Remand [Docket No. 16], which the Court construes as an unopposed motion to remand.

    On August 24, 2021, plaintiff filed this case in the District Court for the County of Denver, Colorado. Docket No. 1-2 at 1; Docket No. 6 at 1. On September 30, 2021, defendant filed a Notice of Removal, seeking to remove the case to the United States District Court for the District of Colorado. Docket No. 1 at 1. The Court issued its first Order to Show Cause on October 1, 2021 because the jurisdictional allegations in the Notice of Removal were not well-pled as to either party. Docket No. 10 at 4–5. Defendant responded with sufficient allegations to establish plaintiff's citizenship. Docket No. 13 at 1–2, ¶¶ 2–4. However, defendant's allegations regarding its own citizenship remained deficient, and the Court issued a Second Order to Show Cause on October 13, 2021. Docket No. 15. The Court ordered defendant, which is a limited liability company, to identify each of its members and each member's citizenship. *Id.* at 3 (citing *Siloam Springs Hotel, LLC v. Century Sur. Co.*, 781 F.3d 1233, 1237–38 (10th Cir. 2015) ("[I]n determining the citizenship of an unincorporated association for purposes of diversity, federal courts must include all the entities' members.")).

    The parties state that "[d]efendant is unable to establish diversity jurisdiction pursuant to the conditions set forth in this [C]ourt's 'Second Order to Show Cause,'" and the parties stipulate that the case can be remanded to Denver District Court. Docket No. 16 at 1, ¶¶ 3–4.

    Wherefore, it is

**ORDERED** that this matter is remanded to the District Court for the County of Denver, Colorado, where the case was filed as case number 2021CV32660. It is further

**ORDERED** that this case is closed.

DATED October 29, 2021.